Form 3A (10/05)

# United States Bankruptcy Court

District Of _____Illinois_____

In re _Antoine Allen_,
Debtor

Case No. _____

Chapter _13_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _274.00_ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ _68.50_     Check one ☐ With the filing of the petition, or
                          ☒ On or before _9/01/08_
   $ _68.50_     on or before _10/03/08_
   $ _68.50_     on or before _11/03/08_
   $ _68.50_     on or before _12/01/08_

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_N/A (Pro-Se)_                              _Antoine Allen_            _08/01/08_
Signature of Attorney       Date            Signature of Debtor            Date
                                            (In a joint case, both spouses must sign.)

_____
Name of Attorney

                                            _____
                                            Signature of Joint Debtor (if any)    Date

---

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 1 2008

KENNETH S. GARDNER, CLERK
PS REP. - RD

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
#### _____ District Of _____Illinois\_\_\_\_\_

In re _Antoine Allen_,
Debtor

Case No. _08-20190_

Chapter _13_

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one  ☐ With the filing of the petition, or
                              ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

AUG 1 2008

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Date: _____

Kenneth S. Gardner Clerk of the Court